IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 10-cv-01978-PAB-MJW

TERRY WINNE,

Plaintiff(s),

v.

CITY OF LAKEWOOD,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Motion to Vacate and Reset Scheduling/Planning Conference, DN 5, filed with the Court on August 26, 2010, is GRANTED. The Scheduling Conference set on October 26, 2010, is VACATED and RESET on November 15, 2010, at 8:30 a.m., in Courtroom A-502, Alfred A. Arraj United States District Court, 901 19th Street, Denver, Colorado. The parties shall submit their proposed Scheduling Order on or before November 9, 2010.

Date: August 30, 2010